1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for
6   the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 1:12-CR-00131-LJO-SKO
                                     )
12               Plaintiff,          ) FINAL ORDER OF FORFEITURE
                                     )
13      v.                           )
                                     )
14 JOSE JERONIMO-JIMENEZ,            )
     aka Chaparro, and              )
15 ALBERTO CAMPOS-LIMON,             )
                                     )
16               Defendants.         )

17      WHEREAS, on September 14, 2012 and November 29, 2012, the Court

18 entered Preliminary Orders of Forfeiture, forfeiting to the United

19 States all right, title, and interest of defendants Jose Jeronimo-

20 Jimenez aka Chaparro and Alberto Campos-Limon in the following

21 property:

22          a.    Property seized from 3650 South Cherry Avenue, Fresno,
                  CA on April 24, 2012:
23
                  i.     39,769 audio CDs,
24                ii.    32,374 movie DVDs,
                  iii.   Asus Laptop Computer Model W7S,
25                iv.    2 Media Players,
                  v.     4 Ledgers,
26
                  vi.    Misc. documents,
27                vii.   4200 blank DVD media,
                  viii.  6000 CD sleeves,
28                ix.    5000 Plastic seal bags,

                              1        Final Order of Forfeiture

            x.    7 CD and DVD disc replicators,
            xi.    Indicia of counterfeiting copyrighted works;

      b.    Property seized from defendants on April 24, 2012:

            i.    HTC cell phone and $880 in US currency seized
                  from the possession of Jose Jeronimo-Jimenez at
                  US-41 and North Ave in Fresno, CA on April 24,
                  2012;
            ii.   LG cell phone and $1186 in US currency seized
                  from the possession of Alberto Campos-Limon at
                  US-41 and North Ave in Fresno, CA on April 24,
                  2012;

      c.    Property seized during a traffic stop:

            i.    180 audio CDs and 16 DVD movies seized from OLEA-
                  Alvarado, Federico at North Ave and Cedar Ave in
                  Fresno, CA on April 24, 2012;

      d.    300 DVD movies and 1 audio CD seized from 3650 S.
            Cherry Ave, Fresno, CA on February 28, 2012;

      e.    410 DVD movies seized from 3650 S. Cherry Ave, Fresno,
            CA on March 1, 2012;

      f.    Property seized from the possession of Jose Jeronimo-
            Jimenez aka Chaparro, Alberto Campos-Limon and Fredrico
            Olea-Alvarado on April 24, 2012;

      g.    All contraband items seized from the vehicles of Jose
            Jeronimo-Jimenez aka Chaparro, Alberto Campos-Limon,
            and Fredrico Olea-Alvarado on April 24, 2012; and

      h.    A personal forfeiture money judgment in the amount of
            $324,063.74.

   AND WHEREAS, beginning on September 22, 2012 and December 29,
2012, for at least 30 consecutive days, respectively, the United
States published notice of the Court's Order of Forfeiture on the
official internet government forfeiture site www.forfeiture.gov.
Said published notice advised all third parties of their right to
petition the Court within sixty (60) days from the first day of
publication of the notice for a hearing to adjudicate the validity of
their alleged legal interest in the forfeited property;

   AND WHERAS, the Court has been advised that no third party has

                              2         Final Order of Forfeiture

1  filed a claim to the subject property, and the time for any person or

2  entity to file a claim has expired.

3      Accordingly, it is hereby ORDERED and ADJUDGED:

4      1.   A Final Order of Forfeiture shall be entered forfeiting to

5  the United States of America all right, title, and interest in the

6  above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28

7  U.S.C. § 2461(c), to be disposed of according to law, including all

8  right, title, and interest of Jose Jeronimo-Jimenez aka Chaparro and

9  Alberto Campos-Limon.

10     2.   All right, title, and interest in the above-listed property

11 shall vest solely in the name of the United States of America.

12     3.   The Department of Homeland Security, Customs and Border

13 Protection, Immigration and Customs Enforcement, shall maintain

14 custody of and control over the subject property until it is disposed

15 of according to law.

16

17

18

IT IS SO ORDERED.

19

20   Dated:   **March 15, 2013**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28