McGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00131 LJO |
|---|---|
| Plaintiff, | STIPULATION RE JOINT AND SEVERAL RESTITUTION AND CORRECTION TO JUDGMENTS; ORDER |
| v. | |
| JOSE JERONIMO JIMENEZ, and ALBERTO CAMPOS-LIMON, | |
| Defendants. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1.      Defendant Alberto Campos-Limon was sentenced on December 17, 2012, following conviction after a guilty plea to one count of conspiracy, in violation of 18 U.S.C. § 371.

2.      Defendant Jose Jeronimo Jimenez was sentenced on November 26, 2012, following conviction after a guilty plea to one count of conspiracy, in violation of 18 U.S.C. § 371.

3.      Whereas the Presentence Report for defendant Campos-Limon recommend that the defendants be ordered jointly and severally liable for the restitution amount of $604,945.25 [Campos-Limon PSR at 21], and the intention of the parties was that the restitution would be joint and several.

1

4.      Whereas the defendants' respective judgments ordered each defendant liable for restitution in the amount of $604,945.25, consisting of $271,192.60 payable to the Recording Industry Association of America and $333,752.65 payable to the Motion Picture Association of America, but the judgements are silent regarding joint and several liability for the restitution. Doc. 28 (Jimenez judgment); Doc. 32 (Campos-Limon judgment).

5.      The parties have reached this agreement and stipulation to correct the defendants' respective judgments, and to otherwise clarify by Court order, as follows:

6.      The defendants are jointly and severally liable for the restitution amount of $604,945.25, consisting of $271,192.60 payable to the Recording Industry Association of America and $333,752.65 payable to the Motion Picture Association of America.

8.      If necessary for the disbursement and accounting of restitution owed and paid, the defendants' judgments (Doc. 28 & Doc. 32) shall be deemed to incorporate this stipulation.

IT IS SO STIPULATED.

DATED:      April 19, 2018           McGREGOR W. SCOTT
                                     United States Attorney
                                     /s/ Kirk E. Sherriff
                                     KIRK E. SHERRIFF
                                     Assistant United States Attorney

DATED:      April 16, 2018           /s/ Steven L. Crawford (authorized 4/16/18)
                                     STEVEN L. CRAWFORD
                                     Attorney for defendant
                                     JOSE JERONIMO JIMENEZ

DATED:      April 16, 2018           /s/ Harry M. Drandell (authorized 4/16/18)
                                     HARRY M. DRANDELL
                                     Attorney for Defendant
                                     ALBERTO CAMPOS-LIMON

**O R D E R**

IT IS SO ORDERED.

Dated:   **April 23, 2018**                **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE